No. 81–2368.  ARMIJO, COMMISSIONER OF PUBLIC LANDS FOR NEW MEXICO *v.* JENSEN ET AL.  Sup. Ct. N. M.  Cer-

tiorari denied.